IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                                     CASE NO. 08-40067TLH4

MCKOWN, MARY V

                                                                   CHAPTER 7

           Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
IN ACCORDANCE WITH 11 U.S.C. §347**

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 3 | Household Bank/Atlas Recovery<br>7399 N. Shadeland Ave., Sute 109<br>Indianapolis, IN 46250 | $29.60 |

                                                /s/ Theresa M. Bender
                                                THERESA M. BENDER
                                                CHAPTER 7 TRUSTEE
                                                Theresa M. Bender, P.A.
                                                Post Office Box 14557
                                                Tallahassee, FL  32317
                                                PH:  (850) 205-7777
                                                FL. Bar # 0749486
                                                Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Household Bank/Atlas Recovery
7399 N. Shadeland Ave., Sute 109
Indianapolis, IN 46250

Dated: 6/9/2010                  /s/ Theresa M. Bender